UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number 08-25870 JHW

Debtor: Michele N. & Thomas P. Pendergast

| Check Number | Creditor | Amount |
|---|---|---|
| 1690731 | Flagstar Bank | 685.29 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2010